IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                                                          PLAINTIFF

v.                            Case No. 1:11-cv-33-DPM-HDY

PRATT, HEATHER HUTTON,
TYNER, ALLISON, HUGHES,
McGINIS, McGINIS, JOHNSON,
HOLST, ROLAND ANDERSON,
SELLERS, MOORE, WENDY KELLEY,
and RAY HOBBS                                                                                     DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Partial Disposition, *Document No. 11*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Murphy's motion to dismiss, *Document No. 7*, is granted. Murphy's claims against Correctional Officer McGinis and Nurse McGinis are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2011