IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                              PLAINTIFF

v.                    Case No. 1:11-cv-33-DPM

JAMES PRATT, HEATHER HUTTON,
JANET TINER, BOBBIE ALLISON, HUGHES,
MCGINIS, MCGINIS, JOHNSON, HOLST,
ROLAND ANDERSON, SELLERS,
MOORE, WENDY KELLEY,
and RAY HOBBS                                                           DEFENDANTS

JUDGMENT

Murphy's complaints, *Document Nos. 1 & 5*, are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2011